IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02634-CMA-MJW

PAK MAIL CENTERS OF AMERICA, INC., a Colorado corporation,

Plaintiff,

v.

BUM SIK KIM, individually,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that the Pro Se Defendant's Motion for Extension of Time (docket no. 17) is **GRANTED**.

    If is **FURTHER ORDERED** that the Pro Se Defendant's Motion for Extension of Time to Answer (docket no. 21) is **GRANTED.**

    If is **FURTHER ORDERED** that Plaintiff's Motion for Entry of Default and Default Judgment (docket no. 10) is **DENIED WITHOUT PREJUDICE**.

    It is **FURTHER ORDERED** that the Pro Se Defendant shall have up to and including **January 12, 2015**, to file his Answer, consistent with Fed. R. Civ. P. 7, to the Complaint.  This court **WILL NOT** entertain any further extensions of time to Answer the Complaint. If the Pro Se Defendant does not file his Answer by January 12, 2015, then Plaintiff may re-file its Motion for Entry of Default and Default Judgment.

    It is **FURTHER ORDERED** that this case is set for a Rule 16 Scheduling Conference on **February 5, 2015, at 11:00 a.m.**  The parties shall file their proposed Rule 16 Scheduling Order five (5) business days prior to the Scheduling Conference. Since the Defendant is Pro Se, the Plaintiff is responsible for filing the proposed Scheduling Order electronically with the court.

Date: December 12, 2014