IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02634-CMA-MJW

PAK MAIL CENTERS OF AMERICA, INC., a Colorado corporation,

Plaintiff,

v.

BUM SIK KIM, individually,

Defendant.

## ORDER REGARDING MOTION FOR LEAVE TO CONDUCT DISCOVERY
**(Docket No. 30)**

Entered by Magistrate Judge Michael J. Watanabe

Having reviewed Plaintiff Pak Mail Centers of America, Inc.'s ("Pak Mail") Motion for Leave to Conduct Discovery (Docket No. 30) in order to establish the amount of damages it seeks in its Second Motion for Default Judgment (Docket No. 24) against Defendant Bum Sik Kim ("Kim"), it is hereby

ORDERED that the Motion for Leave to Conduct Discovery (Docket No. 30) is GRANTED. It is further

ORDERED that

[1] Plaintiff Pak Mail shall be permitted to conduct limited discovery concerning Bum Sik Kim's revenues at the Franchised Location and the Mail Center from the date the subject Franchise Agreement was signed by the parties to the present. Plaintiff Pak Mail may serve five (5) requests for production of documents, fifteen (15) interrogatories, and fifteen (15) requests for admissions, and may take the deposition of Bum Sik Kim for five (5) hours; and

[2] Plaintiff Pak Mail's Second Motion for Default Judgment (Docket No. 24) shall be held in abeyance until Plaintiff Pak Mail can obtain the requested discovery.

Done this 7th day of May, 2015.

s/ Michael J. Watanabe
United States Magistrate Judge